AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

———————— District of ————————

### APPEARANCE

CASE NUMBER: 04-MOOO68-LPC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   GARY ADAMS

I certify that I am admitted to practice in this court.

10/26/04
Date

Signature

Robert M. Griffin  553893
Print Name                                    Bar Number

30 Eastbrook RD  Rm 301
Address

Dedham, MA.  02026
City            State            Zip Code

781-330-0099   781-461-9068
Phone Number                  Fax Number

508-922-9794